**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00467-CR**

_____

**BRADFORD CHARLES LAMB, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 16-10-12052-CV**

**MEMORANDUM OPINION**

Bradford Charles Lamb has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2(a). A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on June 12, 2018
Opinion Delivered June 13, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.